

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*  *Tel.: (315) 448-0672*
*James M. Hanley Federal Building*  *Fax: (315) 448-0658*
*Syracuse, New York 13261-7198*

December 9, 2025

**Via CM/ECF**

Hon. Brenda K. Sannes
Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261-7336

**Re: Sentencing Adjournment, *U.S. v. Cho Chang*, 5:25-CR-319 (BKS)**

Dear Chief Judge Sannes:

  The Government is writing to request a 90-day adjournment of the sentencing date as to defendant Cho Chang in the above-referenced case. The Government has consulted with counsel for Mr. Chang, who joins in this request.

         Respectfully submitted,

         TODD BLANCHE
         Deputy Attorney General

         JOHN A. SARCONE III
         Acting United States Attorney

         /s/ Stephen C. Green
   By:  _____
         Stephen C. Green, Bar Roll No. 567767
         Assistant United States Attorneys

cc:  Christopher Madiou, Esq., counsel for Mr. Chang (via CM/ECF)