

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*100 South Clinton Street, P.O. Box 7198*     *Tel.: (315) 448-0672*
*James M. Hanley Federal Building*             *Fax: (315) 448-0689*
*Syracuse, New York 13261-7198*

February 24, 2026

**Via CM/ECF**

Hon. Brenda K. Sannes
Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261-7336

**Re: Sentencing Adjournment, *U.S. v. Cho Chang*, 5:25-CR-319 (BKS)**

Dear Chief Judge Sannes:

The Government is writing to request a second 90-day adjournment of the sentencing date as to defendant Cho Chang in the above-referenced case, currently set for April 22, 2026 at 12:00 pm. The Government has consulted with counsel for Mr. Chang, who joins in this request.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By:     */s/ Stephen C. Green*
        Stephen C. Green
        Assistant United States Attorney
        Bar Roll No. 567767

cc: Christopher Madiou, Esq., counsel for Mr. Chang (via CM/ECF)