

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*     Tel.: (315) 448-0672
*James M. Hanley Federal Building*            Fax: (315) 448-0658
*Syracuse, New York 13261-7198*

June 2, 2026

**Via CM/ECF**

Hon. Brenda K. Sannes
Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261-7336

**Re: Sentencing Adjournment, *U.S. v. Cho Chang*, 5:25-CR-319 (BKS)**

Dear Chief Judge Sannes:

Counsel for Mr. Chang and the government write to jointly request a further 90 day adjournment of the sentencing date as to defendant Cho Chang, currently set for July 21, 2026 at 10:00AM in Syracuse. It is expected that an adjournment of an additional 90 days will be sufficient. We respectfully request that the Court grant this adjournment.

Respectfully submitted,

/s/ Stephen C. Green

By:

Stephen C. Green, Bar Roll No. 567767
Assistant United States Attorneys

Christopher Madiou, Esq.
Counsel for Mr. Chang (via CM/ECF)