**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*
*James M. Hanley Federal Building*
*Syracuse, New York 13261-7198*

*Tel.: (315) 448-0672*
*Fax: (315) 448-0658*

August 26, 2026

**Via CM/ECF**

Hon. Brenda K. Sannes
Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261-7336

**Re: Sentencing Adjournment, *U.S. v. Cho Chang*, 5:25-CR-319 (BKS)**

Dear Chief Judge Sannes:

Counsel for Mr. Chang and counsel for the government write to jointly request a further 90 day adjournment of the sentencing date as to defendant Cho Chang, currently set for October 21, 2026 at 11:00am in Syracuse. We believe an adjournment of an additional 90 days is necessary and appropriate. We respectfully request that the Court grant this requested adjournment.

Respectfully submitted,

By: /s/ Stephen C. Green
______________________________
Stephen C. Green, Bar Roll No. 567767
Assistant United States Attorneys

______________________________
Christopher Madiou, Esq.
Counsel for Mr. Chang (via CM/ECF)